1  AARON D. FORD
       Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
       Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1150
   E-mail:  drands@ag.nv.gov
6
   *Attorneys for Defendants*
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

| | |
|---|---|
| 10  JASMINE PAUL SANCHEZ, | |
| 11                              Plaintiff, | Case No.  3:18-cv-00317-MMD-CLB |
| 12  v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13  ELY STATE PRISON, et al., | |
| 14                              Defendants. | |
| 15  JASMINE PAUL SANCHEZ, | |
| 16                              Plaintiff, | Case No.  3:18-cv-00475-MMD-WGC |
| 17  v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18  GITTERE, et al., | |
| 19                              Defendants. | |
| 20  JASMINE PAUL SANCHEZ, | |
| 21                              Plaintiff, | Case No.  3:19-cv-00431-MMD-WGC |
| 22  v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23  BRALOWER, et al., | |
| 24                              Defendants. | |
| 25  JASMINE PAUL SANCHEZ, | |
| 26                              Plaintiff, | Case No.  3:19-cv-00432-MMD-CLB |
| 27  v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 28  GITTERE, et al., | |
|                                Defendants. | |

1

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ,<br>2               Plaintiff,<br>3  v.<br>4  JONES, et al.,<br>5               Defendants. | Case No. 3:19-cv-00447-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6  JASMINE PAUL SANCHEZ,<br>7               Plaintiff,<br>8  v.<br>9  KIRCHEN, et al.,<br>10             Defendants. | Case No. 3:19-cv-00448-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11  JASMINE PAUL SANCHEZ,<br>12             Plaintiff,<br>13  v.<br>14  GITTERE, et al.,<br>15            Defendants. | Case No. 3:19-cv-00492-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16  JASMINE PAUL SANCHEZ,<br>17             Plaintiff,<br>18  v.<br>19  HOMAN, et al.,<br>20            Defendants. | Case No. 3:19-cv-00527-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21  JASMINE PAUL SANCHEZ,<br>22             Plaintiff,<br>23  v.<br>24  ROSE, et al.,<br>25            Defendants. | Case No. 3:19-cv-00557-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1    JASMINE PAUL SANCHEZ, | Case No.  3:19-cv-00757-RCJ-CLB |
| 2                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3    v. | |
| 4    MANNING, et al., | |
| 5                Defendants. | |
| 6    JASMINE PAUL SANCHEZ, | Case No.  3:20-cv-00291-MMD-WGC |
| 7                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8    v. | |
| 9    WICKHAM, et al., | |
| 10               Defendants. | |
| 11    JASMINE PAUL SANCHEZ, | Case No.  3:20-cv-00319-APG-CLB |
| 12               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13    v. | |
| 14    HOMAN, et al., | |
| 15              Defendants. | |
| 16    JASMINE PAUL SANCHEZ, | Case No.  3:20-cv-00610-MMD-CLB |
| 17               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18    v. | |
| 19    REUBART, et al., | |
| 20              Defendants. | |
| 21    JASMINE PAUL SANCHEZ, | Case No.  3:20-cv-00577-MMD-CLB |
| 22               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23    v. | |
| 24    JONES, et al., | |
| 25              Defendants | |

26       IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and

27   Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

28   Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

1    Settlement Agreement between the parties, that the above-captioned actions should be dismissed with

2    prejudice by order of this Court, with each party to bear his own costs.

3    DATED this ⎵⎵ day of December, 2020.       DATED this ⎵⎵⎵ day of December, 2020

4

5

                                                  AARON D. FORD

6                                                   Attorney General

7                                               By: _____

JASMINE PAUL SANCHEZ                DOUGLAS R. RANDS, Bar No. 3572

8    Plaintiff, *Pro Se*                         Senior Deputy Attorney General

9                                                  MEREDITH BERESFORD, Bar No. 13308

                                                 Deputy Attorney General

10

11                                               *Attorneys for Defendants*

12                                               IT IS SO ORDERED.

13

14

                                              _____

15                                               UNITED STATES DISTRICT JUDGE

16                                               DATED: ⎵⎵ December 15, 2020 ⎵⎵⎵⎵⎵

17

18

19

20

21

22

23

24

25

26

27

28